No. 362. PUBLIC SERVICE COMMISSION OF UTAH ET AL. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the District of Utah. Probable jurisdiction noted. *Calvin L. Rampton* for appellants. *E. R. Callister,* Attorney General of Utah, and *Raymond W. Gee,* Assistant Attorney General, for the Public Service Commission of Utah, appellant. *Solicitor General Rankin, Assistant Attorney General Hansen* and *Robert W. Ginnane* for the United States and the Interstate Commerce Commission, *Elmer B. Collins, Bryan P. Leverich, Ernest P. Porter* and *Wood R. Worsley* for the Denver & Rio Grande Western Railroad Co. et al., appellees.

No. 346. BLACK ET AL. *v.* AMEN ET AL. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit granted limited to question 1 presented by the petition for the writ which reads as follows:

"1. A question presented is whether a number of persons asserting separate and distinct demands as to which there were some common questions of law and fact, may intervene in a proceeding in a federal court, regardless of the citizenship of each intervener or other jurisdictional requirements, as the Court of Appeals held they might do, merely because the original plaintiff in this so-called spurious class action possessed the requisite jurisdictional requirements, including diversity of citizenship."

MR. JUSTICE REED took no part in the consideration or decision of this application.

*Dean Acheson, Stanley L. Temko, Scott W. Lucas* and *Malcolm Miller* for petitioners. *Douglas F. Smith* for Amen et al., *Oliver H. Hughes* for Sherrard et al., and *D. Arthur Walker* for Walker et al., respondents.